**No. 60032.**—W. N. Proctor Company v. United States, protests 257609–K, etc. (Boston).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of Angora rabbit hair similar in all material respects to that the subject of W. N. Proctor Company v. United States (35 Cust. Ct. 89, C. D. 1727), the claim of the plaintiff was sustained.